SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>          Plaintiff,<br><br>     vs.<br><br>Sukcharnjit K. Grewal,<br><br>Individually and d/b/a Mountain Mike's Pizza, et al,<br><br>          Defendants | Case No. **2:08-cv-01549-GEB-KJM**<br><br>STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME UNTIL SEPTEMBER 29, 2008 FOR DEFENDANT BROCKWAY CAPITAL CORPORATION TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-142, Plaintiff Scott N. Johnson and Defendant Brockway Capital Corporation, by and through their respective attorney's of record (Scott N. Johnson; Joe Sandbank), stipulate as follows:

REQUEST FOR EXTENSION OF TIME - 1

1. One extension of time has been previously obtained until September 15, 2008.
2. Defendant Brockway Capital Corporation is granted an extension until September 29, 2008 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendant Brockway Capital Corporation's response will be due no later than September 29, 2008.

IT IS SO STIPULATED effective as of September 16, 2008

Dated:   September __, 2008          _____

Joe Sandbank,

Attorney for Defendant

Brockway Capital

Corporation

Dated:   September 16, 2008          /s/Scott N. Johnson _____

Scott N. Johnson,

Attorney for Plaintiff

**IT IS SO ORDERED** that Defendant Brockway Capital Corporation shall have until September 29, 2008 to respond to Plaintiff's Complaint.

Dated: 9/18/08

*/s/ Garland E. Burrell, Jr.* _____

GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE