SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Sukhcharnjit K. Grewal, Individually and d/b/a Mountain Mike's Pizza; Will S. Roxburgh, Individually and d/b/a Fleet Feet of Fair Oaks; Brockway Capital Corporation, Individually and d/b/a Max Muscle; Sacramento Credit Union Inc.; Elder Creek Commercial Center, LLC, a California Limited Liability Company,<br><br>Defendants | Case No.: CIV.S 08-cv-01549-GEB-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF SUKHCHARNJIT K. GREWAL, INDIVIDUALLY AND D/B/A MOUNTAIN MIKE'S PIZZA AND** *Proposed* **ORDER**<br><br>Complaint Filed: JULY 7, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Sukhcharnjit K. Grewal, Individually and d//b/a Mountain Mike's Pizza) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Sukhcharnjit K. Grewal, Individually and d//b/a

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-01549-GEB-KJM

1 | Mountain Mike's Pizza) is dismissed because Plaintiff and Defendant have engaged in a formal
2 | settlement agreement.

3

4
5 | Dated: September 16, 2008                              /s/Scott N. Johnson_____
                                                          SCOTT N. JOHNSON
6                                                         Attorney for Plaintiff

7

8 | **IT IS SO ORDERED**.

9
10 | DATED:   September 18, 2008

11

12
13                                       _____
14                                       GARLAND E. BURRELL, JR.
                                         United States District Judge

15–28

2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                  CIV: S-08-01549-GEB-KJM