SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Sukhcharnjit K. Grewal, et al,<br><br><br>Defendants | Case No.: CIV.S 08-cv-01549-GEB-KJM<br><br>**STIPULATED DISMISSAL OF WILL S. ROXBURGH AND *Proposed* ORDER**<br><br>Complaint Filed: JULY 7, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Will S. Roxburgh) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Will S. Roxburgh) is dismissed because this Defendant and Plaintiff have settled their dispute.

| | | |
|---|---|---|
| Dated: October 13, 2008 | | /s/Scott N. Johnson<br>SCOTT N. JOHNSON<br>Attorney for Plaintiff |
| Dated: October 16, 2008 | | /s/Zachary Best<br>ZACHARY BEST<br>Attorney for Defendant |

**IT IS SO ORDERED**.

Dated: 10/22/08

_____
GARLAND E. BURRELL, JR.
United States District Judge