IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,
        Plaintiff,

v.

SUKHCHARNJIT K. GREWAL, individually and d/b/a Mountain Mike's Pizza; Will S. Roxburgh, individually and d/b/a Fleet Feet of Fair Oaks; Brockway Capital Corporation, individually and d/b/a Max Muscle,
        Defendants.

02:08-cv-01549-GEB-KJM

ORDER RE: SETTLEMENT AND DISPOSITION

        On April 15, 2010, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and dispositional document "will be filed within (30) calendar days." Therefore, a dispositional document shall be filed no later than May 17, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        The final pretrial conference scheduled for May 10, 2010, is continued to commence at 1:30 p.m. on June 7, 2010, in the event that no dispositional document is filed, or if this action is not

1

otherwise dismissed.  Further, a joint final pretrial conference statement shall be filed seven days prior to the final pretrial conference.[1]

IT IS SO ORDERED.

Dated: April 19, 2010

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The final pretrial conference will remain on calendar, because the mere representation that a case has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).